834

No. 10–10330. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10331. NAVA *v.* HAWS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10333. THOMAS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–10337. ARY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–10339. TOELLNER *v.* MARTUSCELLO, SUPERINTENDENT, COXSACKIE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–10341. READO *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10342. SCOTT *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–10344. MERCER *v.* BRYAN, COMMISSIONER OF THE VIRGIN ISLANDS DEPARTMENT OF LABOR, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–10345. SEAY *v.* FOY ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–10350. DRESSLER *v.* WALKER, GOVERNOR OF WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–10354. SMITH *v.* APPELLATE COURT OF ILLINOIS, THIRD DISTRICT. Sup. Ct. Ill. Certiorari denied.

No. 10–10355. GAHANO *v.* INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS & HELPERS, LOCAL 104, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10356. HAMPTON *v.* EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10357. GREVIOUS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.